**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXANDER CONSTRUCTORS, INC.,** | : | **CIVIL ACTION NO. 1:05-CV-2021** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WESTRA CONSTRUCTION, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 20th day of January, 2006, upon consideration of the suggestion of bankruptcy (Doc. 4), asserting that Alexander Constructors, Inc., filed a petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of Pennsylvania, it is hereby ORDERED that proceedings in this case are STAYED.  Counsel for Alexander Constructors, Inc., shall file periodic status reports regarding the status of the bankruptcy proceeding.  The first such report shall be due on or before February 1, 2006, and subsequent reports shall be due on or before the first day of every third month thereafter.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge